UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WILLIAM J. ZIMMERMAN,

       Plaintiff,                                  Case No. 1:09cv1079

v.                                                      Hon. Robert J. Jonker

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

# ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on November 17, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 17, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner should re-evaluate Dr. Coates' opinions, re-evaluate plaintiff's credibility, and re-evaluate the vocational evidence.

                                                                           /s/ Robert J. Jonker
                                                                     ROBERT J. JONKER
                                                       UNITED STATES DISTRICT JUDGE

DATED: December 17, 2010.